Dayton Bar Association *v.* Callahan.

[Cite as Dayton Bar Assn. *v.* Callahan (1988), 36 Ohio St. 3d 179.]

(D.D. No. 87-19—Decided April 27, 1988.)

*Dennis A. Lieberman,* for relator.
*Louis & Froelich* and *Gary L. Froelich,* for respondent.

*Per Curiam.* This court finds that respondent violated the aforementioned Disciplinary Rules indicated by the board. We also find the board's recommendation to be an appropriate sanction in this situation. Accordingly, respondent is hereby suspended from the practice of law in Ohio for one year from March 18, 1987. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.